

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2021

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| Cullen | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Lindsey A Wilson
Plaintiff full name

Inmate No.

v.

CIVIL ACTION NO. 7:21CV42

Michael J McPheeters,
Defendant(s) full name(s)

*************************************************************************

A. Current facility and address: 401 Patton Street, Danville, VA 24541

B. Where did this action take place? 401 Patton Street, Danville, VA 24541

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: NA

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes    ✓ No

1. If your answer is Yes, indicate the result:

_____

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

See Attach form page 1

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

G. If this case goes to trial do you request a trial by jury?   Yes ____   No ✓

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 01-15-2021        SIGNATURE: Lindsey Wilson

VERIFICATION:
I, Lindsey A Wilson ____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 01-15-2021        SIGNATURE: Lindsey Wilson

Lindsey A. Wilson
Danville City Jail
P.O. Box 3304
Danville, VA 24543
1-15-2021

Attached Page 1

Michael McPheeters Atty At Law did convey to me through one Ashley Copeland that my original charge of Unlawful Wounding was quashed due to my alleged refusal of a plea under said charge (Unlawful Wounding) and I was consequently indicted for Second Degree Murder. I contend that McPheeters never spoke with me concerning any type plea agreement offered by Commonwealth so hearing this put me under exteme stress and anxiety. When I confronted Mr McPheeter concerning said plea offer he denied ever stating that the Commonwealth ever made any such offer despite there was a text confirming that he did in fact say that said offer was made.
   Furthermore through one Eric Cronin Esquire that discovered that Ms Ashley Copeland is in fact a primary witness of the Commonwealth and her testimony was instrumental in my being indicted for Second Degree Murder. I contend that as my Attorney McPheeter should have been aware of Ms Copelands status as a

witness for the Commonwealth upon reading my discovery and he (McPheeters) was negligent in not informing me of her status as witness for the Commonwealth and he further aggrivated the matter by on numerous occassion sharing private and sensitive information concerning my case with Ms Copland. on numerous occasions as phone records indicate.

Mrs McPheeters actions has put me in danger of losing years of my life by denying me due process by having inAdequate counsel and further more this is Also Cruel and Unusual Punishment due to the stress and hardship that situation has put me under.

*Lindsey A Wilson*  1-15-2021
Lindsey A Wilson

Lindsey A Nilson
Danville City Jail
P.O. Box 3304
Danville, Va 24543

Clerk United States District Court
210 Franklin Rd, SW Suite 540
Roanoke, Va 24011-2208

GREENSBORO
PIEDMONT TR
22 JAN 2021

24011-000340